No. 01–7739. HOLMES *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 01–7741. SHAMBURGER *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–7746. VASQUEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7747. TAYLOR *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–7748. WILLIAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–7749. YOUNG *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7750. MORELL *v.* GUNJA, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–7756. NELSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 01–7757. NAUSS *v.* MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–7760. COLLAZO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–7764. WADE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–7766. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–7767. OCEQUEDO GARCIA *v.* GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–7768. ISMAIL *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.